636

No. 887. EATON v. COMMISSIONER OF INTERNAL REVENUE. May 22, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank J. Maguire* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Lee A. Jackson* for respondent.

No. 889. MISSOURI-KANSAS-TEXAS RAILROAD v. HAMARSTROM. May 22, 1939. Petition for writ of certiorari to the Kansas City Court of Appeals, of Missouri, denied. *Messrs. Ellison A. Neel* and *Armwell L. Cooper* for petitioner. *Messrs. Walter A. Raymond* and *Fenton Hume* for respondent.

No. 890. CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RY. CO. v. KULP, ADMINISTRATOR. May 22, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Warren Newcome* and *William T. Faricy* for petitioner. *Mr. Mortimer H. Boutelle* for respondent.

No. 892. JENKINS ET AL., EXECUTORS, v. BITGOOD, FORMERLY ACTING COLLECTOR OF INTERNAL REVENUE. May 22, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Curtiss K. Thompson* and *John H. Weir* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, Maurice J. Mahoney,* and *Warner W. Gardner* for respondent.

No. 893. RUSHMORE ET AL. v. LANE. May 22, 1939. Petition for writ of certiorari to the Court of Errors and